MILLER v. STATE.   (No. 5062.)

(Court of Criminal Appeals of Texas.   June 5, 1918.)

CRIMINAL LAW ⟨⟩1090(1)—APPEAL—BILL OF EXCEPTION—STATEMENT OF FACTS—NECESSITY FOR.

Where there is no statement of facts or bill of exceptions, there is nothing for appellate court to review.

Appeal from Criminal District Court, Williamson County; James R. Hamilton, Judge.

Grant Miller was convicted of assault with intent to murder, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from a conviction for an assault with intent to murder, but without a statement of facts or any bill of exceptions. In the absence of these nothing is presented which can be reviewed.

The judgment is affirmed.